IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Steven Hewitt,                )
                              )   Civil Action No: 0:12-666-MGL-PJG
            Plaintiff,        )
                              )   OPINION AND ORDER
    vs.                       )
                              )
Eddie Morris,                 )
                              )
            Defendant.        )
_____)

On March 7, 2012 Plaintiff Steven Hewitt ("Plaintiff") a state prisoner proceeding pro se filed this action pursuant to 42 U.S.C. § 1983 alleging a violation of his constitutional rights. (ECF No. 1.)

The matter now comes before this Court for review of the Report and Recommendation ("Report") filed by United States Magistrate Judge Paige J. Gossett, to whom this case was referred for pretrial handling. In the Report, the Magistrate Judge recommends that Plaintiff's Motion for Default Judgment be granted. (ECF No. 21.) Objections were due by January 7, 2013. No objections have been filed.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir.1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby ORDERED that the Magistrate Judge's Report and Recommendation is ACCEPTED (ECF No. 43), and Plaintiff's Motion for Default Judgment is GRANTED (ECF No. 21.)  Judgment shall be entered for Plaintiff in the nominal damages in the amount of $1.00.  Plaintiff is also awarded costs associated with the filing of this action.

      IT IS SO ORDERED.


/s/ Mary G. Lewis
United States District Judge

Spartanburg, South Carolina
January 15, 2013.